Before DIV III: VICTOR C. HOWARD, Presiding Judge, KAREN KING MITCHELL, Judge and CYNTHIA L. MARTIN, Judge.

## ORDER

PER CURIAM:

Scott Hall appeals the trial court's judgment that awarded the parties joint legal and physical custody of their children. Father's eight points on appeal all claim that the trial court; erred in awarding joint legal and physical custody to the parties rather than sole legal and physical custody to him because there is no substantial evidence to support the judgment, it is against the weight of the evidence, it misstates the law, and it misapplies the law, in that the best interests of the children and the statutory factors of section 452.375.2, RSMo Cum.Supp.2011, favor sole custody with him. Affirmed. Rule 84.16(b).

Prosecuting Attorney, Fulton, MO, for Respondent.

Craig A. Johnston, Assistant Public Defender, Columbia, MO, for Appellant.

Before DIV III: VICTOR C. HOWARD, Presiding Judge, and KAREN KING MITCHELL and CYNTHIA L. MARTIN, Judges.

### Order

PER CURIAM:

Michael Simpson appeals his conviction for the class B misdemeanor of driving while intoxicated, section 577.010. Simpson argues that the trial court plainly erred in overruling his objection to a statement made by the prosecutor during closing argument in that the statement constituted an impermissible comment on Simpson's decision not to testify and misstated the evidence. We affirm. Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Michael L. SIMPSON, Appellant.**

**No. WD 74354.**

Missouri Court of Appeals, Western District.

Sept. 25, 2012.

Christopher D. Wilson, Prosecuting Attorney, Casey L. Clevenger, Assistant

■

**John WILLIAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74362.**

Missouri Court of Appeals, Western District.

Sept. 25, 2012.

Mark A. Grothoff, Columbia, MO, for appellant.